No. 12–211.  GLUNK v. COMMONWEALTH OF PENNSYLVANIA BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS (STATE BOARD OF MEDICINE).  Commw. Ct. Pa.  Certiorari denied.

No. 12–233.  CINOTTO v. DELTA AIR LINES, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–237.  TRANCOS, INC. v. BALSAM.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 12–243.  NOVA CHEMICALS CORP. ET AL. v. DOW CHEMICAL CO.  C. A. Fed. Cir.  Certiorari denied.

No. 12–252.  KULESA v. REX.  Super. Ct. Pa.  Certiorari denied.

No. 12–255.  CAPOGROSSO v. 30 RIVER COURT EAST URBAN RENEWAL CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–257.  ROBINSON v. MORGAN STANLEY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 12–259.  BO LIU v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 12–260.  LAUER v. SECURITIES AND EXCHANGE COMMISSION.  C. A. 11th Cir.  Certiorari denied.

No. 12–261.  FHARMACY RECORDS, AKA FHARMACY RECORDS PRODUCTION CO. ET AL. v. NASSAR ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 12–279.  LYNN v. ALEXANDER, DIRECTOR, NATIONAL SECURITY AGENCY.  C. A. 4th Cir.  Certiorari denied.

No. 12–287.  PATRAW v. GROTH ET AL.  Sup. Ct. Nev.  Certiorari denied.